## DAVIS v. STATE.

### No. 20177.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Jack Acrey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is burglary; the punishment assessed is confinement in the state penitentiary for a term of 12 years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and all procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## DAVIS v. STATE.

### No. 20180.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Jack Acrey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being twelve years in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.